IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRIA, a partnership,<br><br>       Plaintiff,<br>-vs-<br><br>PCC CONSTRUCTION COMPONENTS, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 05-941<br>)<br>)<br>)<br>)<br>) |

AMBROSE, Chief U.S. District Judge.

### ORDER OF COURT

AND NOW this **9th** day of August, 2005, in accordance with 28 U.S.C., Section 455, I RECUSE in the above-entitled case. The case is returned to the Clerk for reassignment.

BY THE COURT:

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief United States District Judge